# Court of Appeals
# of the State of Georgia

ATLANTA,  August 06, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0545.  JANICE LONG-HATEF v. U.S. BANK, NA, AS TRUSTEE.

This is a dispossessory action brought by U.S. Bank, NA, as Trustee, against Janice Long-Hatef.  The magistrate court issued a writ of possession in favor of U.S. Bank on June 29, 2018, and Long-Hatef filed this pro se application for discretionary appeal on July 9, 2018.  We, however, lack jurisdiction.

Generally, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991).  This Court may only address magistrate court matters that already have been reviewed by the state or superior court.  See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990); see also OCGA § 5-6-35 (a) (1), (a) (11).  Here, the only order in the application materials was issued by the magistrate court, and it has not been reviewed by a state or superior court.

Moreover, ordinarily, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure.  *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter here is a dispossessory action.  OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright,*

*Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Because Long-Hatef's application was filed 10 days after the magistrate court's order was entered, this application is untimely. Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/06/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

 Stephen E. Castlen , Clerk.